

**LEADER & BERKON LLP**

---

630 Third Avenue, New York, New York 10017  •  212.486.2400  •  FAX 212.486.3099  •  EMAIL info@leaderberkon.com

Frederick D. Berkon
James K. Leader
Joseph G. Colao
Glen Silverstein
Joshua K. Leader
S. Alyssa Young

OF COUNSEL
Mary D. Faucher
Joseph I. Fontak

Gloria E. Koo
David J. Goodearl
Thomas K. Richards
David A. Paul
Caroline C. Marino
Michael J. Tiffany
Cynthia L. Boland
Judith A. Joseph Jenkins
Jonathan Prazak

February 26, 2009

**BY ECF & MAIL**

Honorable Kiyo A. Matsumoto
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re: **G.M. Sign, Inc. v. Finish Thompson, Inc.**
       **Case No. 08 MISC 00553 (KAM)**

Dear Judge Matsumoto:

    We represent plaintiff G.M. Sign, Inc. in this matter. In November 2008, we moved to compel, by order to show cause, compliance with a subpoena issued out of the Eastern District of New York and duly served upon Caroline Abraham. At the hearing before Your Honor on November 24, 2008, Ms. Abraham agreed to supply certain outstanding information responsive to the subpoena. The terms of that agreement were memorialized in an Order from Your Honor dated November 26, 2008.

    Ms. Abraham has provided all of the information required by the subpoena and the November 26, 2008 Order. Accordingly, we hereby withdraw our motion to compel and conclude the above action.

                Respectfully Submitted,

                DAVID A. PAUL

cc:  Caroline Abraham (*by email*)